## UNITED STATES DISTRICT COURT
## DISTRICT OF MAINE

| | |
|---|---|
| GLENN and MAUREEN KIBLER, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) ) Docket No. 1:16-cv-436-NT |
| GINA TURCOTTE, | ) ) ) |
| Defendant. | ) |

## ORDER OF RECUSAL

In accordance with the provisions of 28 U.S.C. § 455, I hereby recuse myself from presiding in this matter.

**SO ORDERED**.

/s/ Nancy Torresen
United States Chief District Judge

Dated this 1st day of September, 2016.