UNITED STATES DISTRICT COURT

DISTRICT OF MAINE

| | |
|---|---|
| **GLENN KIBLER** AND **MAUREEN KIBLER**,<br><br>             PLAINTIFFS<br><br>v.<br><br>**GINA TURCOTTE**,<br><br>             DEFENDANT | )<br>)<br>)<br>)<br>)<br>)   CIVIL NO. 1:16-CV-436-DBH<br>)<br>)<br>)<br>)<br>)<br>) |

### ORDER ON DEFENDANT'S MOTION TO PROCEED *IN FORMA PAUPERIS* AND ON PLAINTIFFS' MOTION TO REMAND

The defendant's motion for leave to proceed *in forma pauperis* is **GRANTED** and the plaintiffs' motion to remand is **GRANTED**. This court has no subject matter jurisdiction. There is no diversity of citizenship, and it is apparent from the state court complaint that this state court forcible entry and detainer lawsuit states no federal claim. Any federal defenses that the defendant may have do not give this court jurisdiction. See Roy v. Turcotte, 2015 U.S. Dist. LEXIS 12990 (D. Me. Jan. 29, 2015); Caterpillar Inc. v. Williams, 482 U.S. 386, 393 (1987).

SO ORDERED.

DATED THIS 6TH DAY OF OCTOBER, 2016

/S/ D. BROCK HORNBY
**D. BROCK HORNBY**
**UNITED STATES DISTRICT JUDGE**